**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alexandro NECOCHEA–VALERA, Defendant–Appellant.**

No. 12–50541.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2013.*

Filed Aug. 20, 2013.

Susan Leah Park, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Ira Lee Plummer, Esquire, Law Offices of Lee Plummer, Bonita, CA, for Defendant–Appellant.

Before: GRABER, WARDLAW, and PAEZ, Circuit Judges.

### MEMORANDUM **

Alexandro Necochea–Valera appeals from the district court's judgment and challenges the 41–month sentence imposed following his guilty-plea conviction for importation of marijuana, in violation of 21 U.S.C. §§ 952, 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Contrary to Necochea's assertion, the district court did not clearly err in denying him a minor role adjustment under U.S.S.G. § 3B1.2(b). *See United States v. Hursh*, 217 F.3d 761, 770 (9th Cir.2000) (denial of minor role adjustment not clear error where the defendant was the sole driver and occupant of a car in which a substantial amount of drugs were hidden).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.